UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE CRAWFORD, | No.  2:13-CV-1394 TLN DAD P |
| Plaintiff, | |
| v. | ORDER |
| GARY SWARTHOUT, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a request to proceed in forma pauperis on appeal.

The in forma pauperis affidavit shows that plaintiff is unable to afford the costs of suit. Accordingly, IT IS HEREBY ORDERED that the request for leave to proceed in forma pauperis on appeal (Doc. No. 8) is granted. See 28 U.S.C. § 1915(a).

Dated:  October 21, 2013

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
craw1394.4a

1